

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

November 6, 2015

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Robert Solomon v. Flynn Family Office, LLC and Focus Financial Partners, LLC*, No. 15-CV-7426 (RA)

Dear Judge Abrams:

On October 29, 2015, the Court directed the parties in this action — which involves claims of hostile work environment, retaliatory termination and ERISA violations — to comply with the Pilot Discovery Protocols for Counseled Employment Cases. Pursuant to those Protocols, the parties are required to exchange documents by November 16, 2015.

On behalf of defendants, we contacted the Court's Alternative Dispute Resolution program of mediation and learned that the action has not yet been formally referred to mediation. To expedite that process, we ask that the Court "So Order" the attached proposed Mediation Referral Order. We have also emailed a copy of the proposed Order to the Orders and Judgments Clerk.

Respectfully submitted,

Gabrielle K. Genauer

cc: Walker G. Harman, Esq. (via ECF)
    Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT SOLOMON,

        Plaintiff,

    v.

FLYNN FAMILY OFFICE, LLC and
FOCUS FINANCIAL PARTNERS, LLC,

        Defendants.

---

No. 15-CV-7426 (RA)

**[PROPOSED] MEDIATION REFERRAL ORDER**

     Pursuant to the Court's Amended Standing Administrative Order M10-468 dated May 24, 2015 (Preska, C.J.), this action is referred to the Court's Alternative Dispute Resolution program of mediation.

     SO ORDERED:

                                _____
                                Hon. Ronnie Abrams, U.S.D.J.
                                November _____, 2015