Abrams, R.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 09 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT SOLOMON,

        Plaintiff,

v.

FLYNN FAMILY OFFICE, LLC and
FOCUS FINANCIAL PARTNERS, LLC,

        Defendants.

---

No. 15-CV-7426 (RA)

[~~PROPOSED~~] **MEDIATION REFERRAL ORDER**

Pursuant to the Court's Amended Standing Administrative Order M10-468 dated May 24, 2015 (Preska, C.J.), this action is referred to the Court's Alternative Dispute Resolution program of mediation.

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.
November __9__, 2015

66947598_1