**THE HARMAN FIRM, LLP**
Attorneys & Counselors At Law
www.theharmanfirm.com

December 3, 2015

<u>**VIA ECF**</u>

The Honorable Judge Ronnie Abrams
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Robert Solomon v. Flynn Family Office, LLC and Focus Financial Partners, LLC*, No. 15-CV-7426 (RA)

Dear Judge Abrams:

We represent Plaintiff Robert Solomon in the above-referenced employment action. Pursuant to Your Honor's Individual Rules and Practices in Civil Cases, we write on behalf of the Parties to request an adjournment of the Initial Conference, presently scheduled for December 4, 2015, at 3:45 p.m. The Parties have not made any prior requests for adjournments.

The Parties have agreed to mediation on December 18, 2015. We believe we will have a greater probability of reaching a final agreement if resources are preserved as much as possible before legal fees and costs escalate. Should the Parties not be able to reach a final agreement through mediation, we promptly would inform the Court of the need for an initial conference.

Thank you for your time and attention to this matter.

Respectfully Submitted,

Walker G. Harman, Jr.

cc: Lou Pechman, Esq.
Ned Henry Bassen, Esq.
Daniel Haym Weiner, Esq.
Gabrielle Koller Genauer, Esq.

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926