

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

December 10, 2015

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

  Re: *Robert Solomon v. Flynn Family Office, LLC and Focus Financial Partners, LLC*, No. 15-CV-7426 (RA)

Dear Judge Abrams:

  On December 3, 2015, your Honor: (1) granted the parties' request to adjourn the initial status conference in the above-referenced matter and (2) instructed the parties to inform the Court no later than December 28, 2015 whether an initial conference is needed.

  On behalf of both parties, we write to confirm that the due dates in the joint proposed Case Management Plan and Scheduling Order, filed on November 25, 2015 (and not yet so-ordered), are similarly adjourned.

  Thank you for your consideration of this matter.

        Respectfully submitted,

        HUGHES HUBBARD & REED LLP

        By: _____
        Daniel H. Weiner
        Ned H. Bassen
        Gabrielle K. Genauer
        One Battery Park Plaza
        New York, New York  10004-1482
        (212) 837-6000

        Attorneys for Defendants Flynn Family Office, LLC and Focus Financial Partners, LLC

New York   Washington, D.C.   Los Angeles   Miami   Jersey City   Kansas City   Paris   Tokyo

67307287_1