USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/28/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT J. SOLOMON,

            Plaintiff,

v.

FLYNN FAMILY OFFICE, LLC AND
FOCUS FINANCIAL PARTNERS, LLC,

            Defendants.

No. 15-CV-7426 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record before the dismissal is finalized.

SO ORDERED.

Dated:    December 28, 2015
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge