Abrams, R.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: JAN 07 201[6]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT SOLOMON,

       Plaintiff,

   -v-

FLYNN FAMILY OFFICE, LLC and
FOCUS FINANCIAL PARTNERS, LLC,

       Defendants.

------------------------------------------------------------- X

No. 15 Civ. 7426 (RA)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

   Plaintiff Robert Solomon and Defendants Flynn Family Office, LLC ("FFO") and FOCUS Financial Partners, LLC ("FOCUS"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned case is voluntarily dismissed with prejudice, with each party to bear its own costs.

Dated: New York, NY
    December 18, 2015

THE HARMAN FIRM, PC

By: _____
  Walker G. Harman, Jr.
  Edgar M. Rivera
1176 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com

Attorneys for Plaintiff Robert Solomon

HUGHES HUBBARD & REED, LLP

By: _____
  Daniel H. Weiner
  Gabrielle K. Genauer
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
daniel.weiner@hugheshubbard.com

Attorneys for Defendants Flynn Family Office, LLC and Focus Financial Partners, LLC

**SO ORDERED:**

_____
**U.S.D.J.**
1/7/16

67657028_1